No. 00–115. DEICHMANN ET AL. *v.* BOEING CO. C. A. Fed. Cir. Certiorari denied.

No. 00–116. ZAMVIL *v.* PETALUMA JOINT UNION HIGH SCHOOL DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–117. SPRINGER *v.* ALABAMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–118. AGUILLARD *v.* MCGOWEN ET AL.; and
No. 00–136. HARRISON ET AL. *v.* MCGOWEN ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 207 F. 3d 226.

No. 00–119. WHEAT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–120. CUETO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–123. SALMAN *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–125. CHAPLAIN *v.* CHARLOTTE TIMBER CO., INC. Sup. Ct. Va. Certiorari denied.

No. 00–126. PARRISH *v.* COOPER ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–128. BEEHIVE TELEPHONE CO., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–134. GREER *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–135. HUNTER, A MINOR, BY BRANDT, HER MOTHER AND NEXT FRIEND *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–137. HENRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–140. UNIVERSAL BANCARD SYSTEMS, INC. *v.* BANKCARD AMERICA, INC., ET AL. C. A. 7th Cir. Certiorari denied.